IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 5:24-CR-50185-CCT-02 |
| Plaintiff, | |
| vs. | **DEFENDANT'S FIRST MOTION TO CONTINUE TRIAL** |
| **BUFFY REDFISH,** | |
| Defendant. | |

**COMES NOW** Defendant, Buffy Redfish, by and through her attorney, Gregory J. Erlandson, and moves this Honorable Court for its Order continuing the trial date currently scheduled for March 25, 2025, for at least 90 days, on the following grounds:

In order to properly represent Defendant, the undersigned needs additional time to locate witnesses, to complete the investigation, and to prepare for trial.

The undersigned, further, represents to the Court that this Motion is made neither for purposes of undue delay nor other improper reason. Counsel makes this request for the Defendant in order to have the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Defendant has been informed and understands that the delay occasioned by this motion is excluded from counting under the Speedy Trial Act.

1

Assistant Federal Public Defender, Paul R. Winter, on behalf of the co-Defendant, Patrick Ross, does not object to this motion.

Dated this 26th day of February, 2025.

        BANGS, McCULLEN, BUTLER,
        FOYE & SIMMONS, L.L.P.

        By: /s/ *Gregory J. Erlandson*
            Gregory J. Erlandson
            333 West Blvd., Suite 400
            P.O. Box 2670
            Rapid City, SD 57709-2670
            (605) 343-1040
            *ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on February 26, 2025, he served a copy of this legal document upon the persons herein designated, all on the date shown, by electronically filing a copy of the same via the ECF filing system.

**Benjamin D. Patterson, Esq.**
United States Courthouse
201 Federal Bldg., 515 9th Street
Rapid City, SD  57701
605-342-7822
ben.patterson@usdoj.gov
ATTORNEYS FOR USA


/s/ *Gregory J. Erlandson*
Gregory J. Erlandson